**FEDERATED LIFE INSURANCE COMPANY, Appellee,**

v.

**Cindy ROACH, Appellant,**

**Union Planters Bank, as Administrator of the Estate of Paxton Roach, Deceased; Simmons First Bank, Defendants.**

**No. 00–2263.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 21, 2001.

Decided March 7, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Cindy Roach appeals the District Court's[1] adverse grant of summary judgment on her counterclaim for penalties, attorney's fees, and interest under ARK. CODE. ANN. §§ 23–79–208, 23–81–118 (Michie 1999). Roach argues that Federated Life Insurance Company improperly filed the instant interpleader action even though it was clear, based on the relevant policy terms and Arkansas law, that she was the proper recipient of the proceeds from her ex-husband's life insurance policy. After careful de novo review of the record, the applicable law, *see David v. Tanksley*, 218 F.3d 928, 930 (8th Cir.2000), and the District Court's interpretation of state law in this diversity case, we agree with the District Court, for the reasons explained in its order, that an award of statutory penalties, fees, and interest was unwarranted.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B.